## CRIMINAL CAUSE FOR PLEADING

BEFORE: **MAGISTRATE JUDGE MANN**    DATE:  6/13/05   START: ~~5:00~~ 4:15 p.m.
                                                      END: 4:40 p.m.

CR-  04-CR-1018 (DGT)

DEFT'S. NAME: United States v. Anthony Maniscalco                #
  X  present     not present      X  cust.           bail

DEFENSE COUNSEL:  Joel Winograd
  X  present     not present      X  CJA             RET.           LAS

A.U.S.A.: Amy Busa                        CLERK: L. Eagling
TAPE # 05/58 (1962-3573)                  OTHER:
INT: N/A  (LANG.- )

X   CASE CALLED

DEFT.   X  SWORN     ARRAIGNED     X  INFORMED OF RIGHTS
        X  WAIVES TRIAL BEFORE DISTRICT COURT

__   WAIVER OF INDICTMENT EXECUTED FOR DEFT.
__   SUPERSEDING INDICTMENT / INFORMATION FILED.
__   DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
X    DEFT ENTERS **GUILTY PLEA** TO CTS. ___2___ OF THE
     (~~Superseding~~) INDICTMENT/~~INFORMATION~~.
__   DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. _____
     OF THE Superseding INDICTMENT/INFORMATION
X    COURT FINDS FACTUAL BASIS FOR THE PLEA.
X    SENTENCING SET FOR ___8/25/05___ AT __12:30 p.m.___. __ SET BY PROBATION.
__   BAIL ___ SET       ___ CONT'D FOR DEFT.
X    DEFT CONT'D IN CUSTODY.
__   CASE ADJ'D TO _____ FOR _____

__   **SPEEDY TRIAL** INFO FOR DEFT     ___ STILL IN EFFECT
     CODE TYPE___   START_____  STOP_____
     ___ORDER / WAIVER EXECUTED & FILED.   __ ENT'D ON RECORD.

OTHER: PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE MANN DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED.  THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED . PLEA AGREEMENT MARKED AS COURT EXHIBIT # 1  AND RETURNED TO THE ASSISTANT .