PROB 12C
(NYEP-8/31/06-ab)

# United States District Court
## for the
## Eastern District of New York



### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Anthony Maniscalco**                           Case Number: **CR-04-1018-02**

Name of Sentencing Judicial Officer: **The Honorable David G. Trager, Senior U.S. District Judge. Transferred to the Honorable Brian M. Cogan on February 1, 2011.**

Date of Original Sentence: **August 30, 2005**

Original Offense: **Conspiracy to Destroy Property by Use of an Explosive, a violation of 18 U.S.C. 844(I) & (n), a class C felony.**

Original Sentence: **71 months custody to be followed by a term of 3 years Supervised Release, restitution in the amount of $382,607 (to be paid at a rate of 15% the defendant's net disposable income) and a $100 Special Assessment.**

Type of Supervision: **Supervised Release**            Date Supervision Commenced: **February 6, 2009**

Assistant U.S. Attorney: **TBA**                          Defense Attorney: **Joel Winograd, Esq.**

---

## PETITIONING THE COURT

☒    To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Standard Condition - Failure to Report as Directed. |
| 2. | Special Condition - Failure to complete 90 days Location Monitoring. |
| 3. | Special Condition - Failure to complete 60 days RRC placement. |
| 4. | Standard Condition - Failure to report change in Residence or Employment. |
| 5. | Special Condition - Failure to Pay Restitution obligation, as scheduled. |

Request for Warrant or Summons for
Offender Under Supervision

Prob 12C/ Page 2

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ Revoked

    ☐ Extended for _____ years, for a total term of _____ years.

I declare under penalty that the foregoing is true and correct.

Respectfully submitted by:

_____
Harry Collins
U.S. Probation Officer
(347) 534-3519

Approved by:

_____
Kathleen Dunn
Supervising U.S. Probation Officer
Date: January 9, 2012

THE COURT ORDERS:

☒ The Issuance of a Summons.
☐ The Issuance of a Warrant.
☐ Take No Action
☐ Other

s/ BMC

_____
The Honorable Brian M. Cogan
United States District Judge

1/12/12
_____
Date