Prob 19A (EDNY)
(2/01)

# United States District Court
## for the
## Eastern District of New York

U.S.A. vs Anthony Maniscalco                                      Docket No. CR-04-1018-02

| SUMMONS FOR PROBATIONER/SUPERVISED RELEASE TO APPEAR ||||
|---|---|---|---|
| You are hereby commanded to appear before the United States District Court for the Eastern District of New York to answer charges that you have violated the conditions of supervision imposed by the court. ||||
| NAME OF SUBJECT<br>Anthony Maniscalco | SEX<br>Male | RACE<br>White | AGE<br>41 |
| ADDRESS(STREET, CITY, STATE)<br>59 Accica Avenue, Staten Island, New York 10302 ||||
| SENTENCE IMPOSED BY<br>The Honorable David G. Trager | | DATE IMPOSED<br>August 30, 2005 ||
| DATE, TIME AND PLACE TO APPEAR: ||||
| CLERK<br>DOUGLAS C. PALMER | (BY) DEPUTY CLERK | | DATE<br>FEB 03 2012 |

| RETURN ||||
|---|---|---|---|
| DATE RECEIVED | DATE SERVED<br>3/14/12 | METHOD OF SERVICE<br>1. (X) Copy of summons given to offender in person<br><br>2. (  ) Copy of summons mailed to offender's last know residence and leaving a copy at last know residence with some person of suitable age and discretion residing therein ||
| SERVICE BY: (Enter you name, title and business address here)<br>HARRY R. Collins 197 Pierrepont Street Brooklyn, NY. 11201 ||||
| Signature of USPO: | Date Returned to Clerk's Office | | |