## CRIMINAL CAUSE FOR VIOLATION OF SUPERVISED RELEASE

BEFORE: Brian M. Cogan                     TIME: 12:30

DATE: 3/23/12

DOCKET# 04cr1018 (BMC)

DEFENDANT'S NAME: Anthony Mariscalco
✓ present ___ not present ___ custody ✓ bail

DEFENSE COUNSEL: Michael Schneider for Michael Weil
___ CJA ___ RET ✓ LAS

AUSA: Douglas Pravda       DEPUTY CLERK: M. Clarke

USPO: Harry Collins         COURT REPORTER/ESR: Anthony Mancuso

INTERPRETER: ———           LANGUAGE:

✓ CASE CALLED.
✓ DEFT(S) _____ APPEAR WITH COUNSEL.
___ DEFT (S) _____ APPEAR WITHOUT COUNSEL
___ COUNSEL PRESENT WITHOUT DEFT.(S _____
___ FINAL REVOCATION HRG. ADJ'D TO _____
___ DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF : _____
___ GUILTY ✓ NOT GUILTY TO CHARGES OF VIOLATION.

COURT FINDS DEFT ___ GUILTY ___ NOT GUILTY.
___ DEFT CONT'D ON PROB./ S.R. UNTIL _____
___ DEFT REINSTATED TO PROB. / S.R. ___ PROB./S.R. REVOKED.
___ JUDGMENT REVOKING TERMS & CONDITIONS OF PROB. /S.R.
___ SENTENCING SET FOR _____ ___ SENTENCING HELD
___ EXECUTION OF SENTENCE STAYED TO _____
___ DEFT REMANDED TO CUSTODY OF U.S. MARSHAL

- Initial Appearance on VOSR
- Deft pled: NOT GUILTY all charges 1-5 of Violation Report.
- Status on VOSR hearing set for 7/24/12 @ 10 am.