## CRIMINAL CAUSE FOR VIOLATION OF SUPERVISED RELEASE

**BEFORE:** _Judge Cogan_     **TIME:** _10:00_

**DATE:** _7/24/12_

**DOCKET#** _04cr 1018_

**DEFENDANT'S NAME:** _Anthony Maniscalco_
    _✓_ present    ___ not present    ___ custody   _✓_ bail

**DEFENSE COUNSEL:** _Michael Weil_
    ___ CJA    ___ RET   _✓_ LAS

**AUSA :** _Jennifer Laraira_     **DEPUTY CLERK:** _M. Clarke_

**USPO:** _Mary Collins_     **COURT REPORTER/ESR:** _Vicky Bitter_

**INTERPRETER:** —     **LANGUAGE:**

_✓_ **CASE CALLED.**
_✓_ **DEFT(S)_____APPEAR WITH COUNSEL.**
___ **DEFT (S) _____APPEAR WITHOUT COUNSEL**
___ **COUNSEL PRESENT WITHOUT DEFT.(S_____**
___ **FINAL REVOCATION HRG. ADJ'D TO_____**
_✓_ **DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF :_____**
_✓_ **GUILTY ___ NOT GUILTY TO CHARGES OF VIOLATION.** _Charges 1, 2 & 3_

**COURT FINDS DEFT ___GUILTY ___ NOT GUILTY.**
___ **DEFT CONT'D ON PROB./ S.R. UNTIL _____**
___ **DEFT REINSTATED TO PROB. / S.R. ___ PROB./S.R. REVOKED.**
_✓_ **JUDGMENT REVOKING TERMS & CONDITIONS OF PROB. /S.R.**
_✓_ **SENTENCING SET FOR** _8/27 @ 11:00 AM_ ___ **SENTENCING HELD**
___ **EXECUTION OF SENTENCE STAYED TO _____**
___ **DEFT REMANDED TO CUSTODY OF U.S. MARSHAL**

_Deft arraigned on new charge #6, pleed not guilty_